IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

PATSY R. CANNON,

      DEBTOR.

Case No.: BK-16-10932-JDL
Chapter 13

### RESPONSE TO OBJECTION TO MOTGAGE PAYMENT CHANGE

Comes now the secured creditor, INTERNATIONAL BANK OF COMMERCE, by their attorney, Baer & Timberlake, P.C., and responds to Objection to Notice of Mortgage Payment Change filed by Debtor on January 23, 2017:

1. INTERNATIONAL BANK OF COMMERCE filed a Notice of Mortgage Payment Change on November 17, 2015.

2. This response is to protect Creditor's rights regarding its Notice of Mortgage Payment Change. Counsel for INTERNATIONAL BANK OF COMMERCE is currently researching the payment increase listed in the Notice of Mortgage Payment Change.

WHEREFORE, PREMISES CONSIDERED, INTERNATIONAL BANK OF COMMERCE prays this Court deny the Objection to Mortgage Payment Change; and for such further relief as this Court deems appropriate.

                        INTERNATIONAL BANK OF COMMERCE,

By:    s/ s/ Matthew J. Hudspeth
         MATTHEW J. HUDSPETH - #14613
         JIM TIMBERLAKE - #14945
         Baer Timberlake, P.C.
         4200 Perimeter Center, Suite 100
         Oklahoma City, OK 73102
         Telephone: (405) 842-7722
         Fax: (918) 794-2768
         Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the above and foregoing Response with postage thereon fully prepaid to the parties listed below on April 26, 2016.

Patsy R Cannon
5712 North Terry Avenue
Oklahoma City, OK  73111

The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Dekovan L. Bowler, Esq.
8333 SE 15th St
Midwest City, OK  73110

By:     s/ s/ Matthew J. Hudspeth
        MATTHEW J. HUDSPETH - #14613
        JIM TIMBERLAKE - #14945
        Baer Timberlake, P.C.
        4200 Perimeter Center, Suite 100
        Oklahoma City, OK 73102
        Telephone: (405) 842-7722
        Fax: (918) 794-2768
        Attorney for Movant